# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DELORES M. DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:18-cv-01600-PLC |
| | ) |
| UNION NATIONAL LIFE INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on a document filed by pro se plaintiff Delores M. Davis. (Docket No. 10). The document has been construed as a motion to reconsider the Court's April 8, 2019 dismissal of her civil action for lack of subject matter jurisdiction. (Docket No. 9). Having reviewed the motion, the Court will decline to alter or amend its judgment. Plaintiff's motion fails to point to any manifest errors of law or fact, or any newly discovered evidence. Instead, the motion merely revisits the same claims and arguments set forth in plaintiff's complaint, and in her response to the Court's order to show cause.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for reconsideration (Docket No. 10) is **DENIED**.

**IT IS FURTHER ORDERED** that an appeal from the denial of plaintiff's motion for reconsideration would not be taken in good faith.

Dated this 5th day of December, 2019.

/s/ Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE