# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DELORES M. DAVIS, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:18-cv-01600-PLC |
| UNION NATIONAL LIFE INSURANCE COMPANY, | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter comes before the Court on a document filed by plaintiff Delores M. Davis that has been construed as a motion to reopen her closed case. (Docket No. 12). In the motion, she asserts that she would like her case reopened "because the state told [her] to file a complaint against you and the Clerk." The motion contains additional statements that are confusing, disjointed, and presented out of context. In short, it appears she is alleging "a plot" on her insurance policies "after 32 [years]." For the reasons discussed below, the motion will be denied.

On September 19, 2018, plaintiff filed a civil action against defendant Union National Life Insurance Company. (Docket No. 1). The Court ordered her to show cause as to why the case should not be dismissed for lack of subject matter jurisdiction on February 8, 2019. (Docket No. 6). On April 8, 2019, after plaintiff submitted her response, the Court dismissed this action without prejudice for lack of subject matter jurisdiction. (Docket No. 9). The Court also denied her motion for reconsideration. (Docket No. 11).

The instant motion does not address the reasons for the Court's dismissal whatsoever. That is, she does not allege that this Court has jurisdiction, or present any reason for the Court to alter

or amend its judgment. Furthermore, this case has been closed for over three years and five months. For these reasons, plaintiff's motion to reopen this closed case will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to reopen this closed case (Docket No. 12) is **DENIED**.

**IT IS FURTHER ORDERED** that an appeal from the denial of this motion would not be taken in good faith.

Dated this 20th day of September, 2022.

/s/ Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE